HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
DEMETRIUS WARSINGER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIUS WARSINGER,<br><br>Defendant. | CASE NO. 1:24-CR-066-JLT<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: January 6, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Erica P. Grosjean |

Defendant Demetrius Warsinger, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Pedro Naveiras, hereby stipulate as follows:

This case is set for status conference on January 6, 2025.  Defendant now moves to continue the status conference until January 8, 2025. Defense counsel is in trial in Yosemite National Park on January 6, 2025, and would be unable to attend the status conference. The new requested date is still prior to the expiration of Mr. Warsinger's 90-day stay at Westcare. No exclusion of time is necessary as this matter concerns a supervision violation petition.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 9, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | */s/ Pedro Naveiras*<br>Pedro Naveiras<br>Assistant United States Attorney |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: December 9, 2024 | */s/ Kara R. Ottervanger*<br>Kara R. Ottervanger<br>Counsel for Defendant<br>DEMETRIUS WARSINGER |

## ORDER

IT IS SO ORDERED that the status conference currently scheduled for January 6, 2025, is continued to January 8, 2025, at 9:00 a.m. before the Honorable Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **December 10, 2024**

STANLEY A. BOONE
United States Magistrate Judge