1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  KARA R. OTTERVANGER, CA Bar #354424
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Kara_Ottervanger@fd.org

6  Counsel for Defendant
   DEMETRIUS WARSINGER
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 1:24-CR-00066-JLT
12 |                        Plaintiff,   |
   |                                     | STIPULATION REGARDING CONTINUANCE;
13 |            v.                       | AND ORDER
14 | DEMETRIUS WARSINGER,                | DATE: January 8, 2025
   |                                     | TIME: 2:00 p.m.
15 |                        Defendant.   | COURT: Hon. Erica P. Grosjean

16

17     Defendant Demetrius Warsinger, by and through counsel of record, Assistant Federal Defender

18 Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Pedro

19 Naveiras, hereby stipulate as follows:

20     On October 8, 2024, Mr. Warsinger was arraigned on a supervised release violation alleging a new

21 law violation. [ECF # 9]. On October 10, 2024, Mr. Warsinger was released pending resolution of the

22 matter and ordered to "participate and remain in Westcare Inpatient Treatment Facility until further order

23 of Probation; no contact order with [C.S.] until further order of the Court; and to be placed on GPS location

24 monitoring." [ECF # 11]. The Court scheduled a status conference for January 6, 2025. [ECF #11]. On

25 December 9, 2024, the parties filed a stipulation requesting to move the date to January 8, 2025, to

26 accommodate a scheduling conflict. [ECF #13]. The Court granted that request on December 10, 2024.

27 [ECF #14]. This case is set for status conference on January 8, 2025.

28     //

STIPULATION TO CONTINUE STATUS           1
CONFERENCE

The Parties now move to continue the status conference until March 19, 2025. Mr. Warsinger has done very well in the Westcare Inpatient Treatment Program, completing several courses alongside his alcohol treatment, including anger management and domestic violence courses. Mr. Warsinger's mother has agreed to welcome him into her home and allow probation to do anything needed to accommodate the GPS monitoring system. Mr. Warsinger has a new-born baby and his mother has agreed to pick up and drop off the child from C.S. so that Mr. Warsinger can assist in the child's care.

The new law violation alleged in the violation petition arises from a Fresno County Criminal Case that is still pending. The parties in this matter and U.S. Probation have conferred and agree that it is a better use of the Court's and the parties' time and resources to continue the status hearing in this matter until that case has been resolved.

Accordingly, the parties request that the status hearing be rescheduled for March 19, 2025, at 2:00 p.m. and that Mr. Warsinger be permitted to live with his mother on the remaining conditions of this Court's release order dated October 10, 2024.

No exclusion of time is necessary as this matter concerns a supervision violation petition.

IT IS SO STIPULATED.

Dated:  December 23, 2024
PHILLIP A. TALBERT
United States Attorney

*/s/ Pedro Naveiras*
Pedro Naveiras
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 23, 2024
*/s/ Kara R. Ottervanger*
Kara R. Ottervanger
Counsel for Defendant
DEMETRIUS WARSINGER

## **ORDER**

IT IS SO ORDERED that the status conference currently scheduled for January 8, 2025, is continued to **March 19, 2025, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.** Mr. Warsinger is ordered to remain released subject to the same conditions as this Court's Order dated October 10, 2024.

IT IS SO ORDERED.

Dated: __**December 26, 2024**__           _____/s/ Barbara A. McAuliffe_____
                                            UNITED STATES MAGISTRATE JUDGE