HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
DEMETRIUS WARSINGER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>DEMETRIUS WARSINGER,<br><br>                        Defendant. | CASE NO. 1:24-CR-066-JLT<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: March 19, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

Defendant Demetrius Warsinger, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Pedro Naveiras, hereby stipulate as follows:

On October 8, 2024, Mr. Warsinger was arraigned on a supervised release violation alleging a new law violation. [ECF # 9]. On October 10, 2024, Mr. Warsinger was released pending resolution of the matter and ordered to "participate and remain in Westcare Inpatient Treatment Facility until further order of Probation; no contact order with [C.S.] until further order of the Court; and to be placed on GPS location monitoring." [ECF # 11]. This case is currently set for status conference on March 19, 2025.

The Parties now move to continue the status conference until April 16, 2025. Mr. Warsinger successfully completed the Westcare Inpatient Treatment Program including several courses alongside his alcohol treatment, including anger management and domestic violence courses. Mr. Warsinger is living with his mother and is presently on a GPS monitoring system with home-confinement conditions. Mr.

Warsinger has an infant baby; Mr. Warsinger's mother picks up and drops off the child from C.S. so that Mr. Warsinger can assist in the child's care.

The new law violation alleged in the violation petition arises from a Fresno County Criminal Case that is still pending. The parties in this matter and U.S. Probation have conferred and agree that it is a better use of the Court's and the parties' time and resources to continue the status hearing in this matter until that case has been resolved. Mr. Warsinger's next court date in that case is in late March.

Accordingly, the parties request that the status hearing be rescheduled for April 16, 2025, at 2:00 p.m. and that Mr. Warsinger be permitted to remain on the present conditions of release up until and through that date. Probation Officer Julian Horta does not object to this request.

No exclusion of time is necessary as this matter concerns a supervision violation petition.

IT IS SO STIPULATED.

Dated:  March 5, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Pedro Naveiras*
Pedro Naveiras
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated:  March 5, 2025

*/s/ Kara R. Ottervanger*
Kara R. Ottervanger
Counsel for Defendant
DEMETRIUS WARSINGER

**ORDER**

IT IS SO ORDERED that the status conference currently scheduled for March 19, 2025, is continued to April 16, 2025, at 2:00 p.m. before the duty Magistrate Judge. Mr. Warsinger is ordered to remain released subject to the same conditions as this Court's Order dated October 10, 2024. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **March 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge