1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  KARA R. OTTERVANGER, CA Bar #354424
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Kara_Ottervanger@fd.org

6  Counsel for Defendant
   DEMETRIUS WARSINGER
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              CASE NO. 1:24-CR-066-JLT

12 |                 Plaintiff,
                                            STIPULATION REGARDING CONTINUANCE;
13 |      v.                                ORDER

14 | DEMETRIUS WARSINGER,                   DATE: April 16, 2025
                                            TIME: 2:00 p.m.
15 |                 Defendant.             COURT: Hon. Erica P. Grosjean

16

17      Defendant Demetrius Warsinger, by and through counsel of record, Assistant Federal Defender

18 Kara R. Ottervanger, and Plaintiff United States of America, by and through Assistant United States

19 Attorney David Gappa, hereby stipulate as follows:

20      On October 8, 2024, Mr. Warsinger was arraigned on a supervised release violation alleging a new

21 law violation. [ECF # 9]. On October 10, 2024, Mr. Warsinger was released pending resolution of the

22 matter and ordered to "participate and remain in Westcare Inpatient Treatment Facility until further order

23 of Probation; no contact order with [C.S.] until further order of the Court; and to be placed on GPS location

24 monitoring." [ECF # 11]. This case is currently set for a status conference on April 16, 2025.

25      The Parties now move to continue the status conference until May 21, 2025. Mr. Warsinger

26 successfully completed the Westcare Inpatient Treatment Program including several courses alongside his

27 alcohol treatment, including anger management and domestic violence courses. Mr. Warsinger is living

28 with his mother and is presently on a GPS monitoring system with home-confinement conditions. Mr.

Warsinger has a child under one year old; Mr. Warsinger's mother picks up and drops off the child from C.S. so that Mr. Warsinger can assist in the child's care.

The new law violation alleged in the violation petition arises from a Fresno County Criminal Case that is still pending. The parties in this matter have conferred and agree that it is a better use of the Court's and the parties' time and resources to continue the status hearing in this matter until that case has been resolved. Mr. Warsinger's next court date in that case is April 15, 2025. It is unknown whether the case will be resolved at that time.

Accordingly, the parties request that the status hearing be rescheduled for May 21, 2025, at 2:00 p.m. and that Mr. Warsinger be permitted to remain on the present conditions of release up until and through that date.

No exclusion of time is necessary as this matter concerns a supervision violation petition.

IT IS SO STIPULATED.

Dated:  April 14, 2025              MICHELE BECKWITH
                                    Acting United States Attorney

                                    */s/ David Gappa*
                                    David Gappa
                                    Assistant United States Attorney


                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  April 14, 2025              */s/ Kara R. Ottervanger*
                                    Kara R. Ottervanger
                                    Counsel for Defendant
                                    DEMETRIUS WARSINGER

STIPULATION TO CONTINUE STATUS CONFERENCE

2

**ORDER**

IT IS SO ORDERED that the status conference currently scheduled for April 16, 2025, is continued to May 21, 2025, at 2:00 p.m. before the Duty Magistrate Judge. Mr. Warsinger is ordered to remain released subject to the same conditions as this Court's Order dated October 10, 2024.

IT IS SO ORDERED.

Dated:   **April 14, 2025**                              /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE